NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3290

JOSEPH V. ARRIETA,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Petition for review of an arbitrator's decision by John M. Donoghue.

ON MOTION

<u>O R D E R</u>

The Department of Homeland Security moves for a 35-day extension of time, until February 20, 2009, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<table>
<tr><td>FEB 4 2009</td><td>/s/ Jan Horbaly</td></tr>
<tr><td>Date</td><td>Jan Horbaly<br>Clerk</td></tr>
</table>

cc:  Morris E. Fischer, Esq.
     Maame A.F. Ewusi-Mensah, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 04 2009

JAN HORBALY
CLERK